1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12   TYRONE DAMON TERRY,            )      No. CV 08-3631-CW
                                    )
13                  Petitioner,     )      JUDGMENT
                                    )
14            v.                    )
                                    )
15   JOSEPH K. WOODRING (Warden),   )
                                    )
16                  Respondent.     )
                                    )
17   ─────────────────────────────  )
18
19        **IT IS ADJUDGED** that this action is dismissed, without prejudice,
20   for failure to exhaust administrative remedies.
21
22   DATED:  November 3, 2008
23
24                                    _____/s/_____
                                      CARLA M. WOEHRLE
25                                    United States Magistrate Judge
26
27
28